# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teresa J. Harnsberger<br>William M. Harnsberger<br>Debtor(s) | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>Movant<br>vs. | NO. 14-00021 RNO |
| Teresa J. Harnsberger<br>William M. Harnsberger<br>Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>Trustee | |

## CERTIFICATE OF NON-CONCURRENCE

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorneys for Movant/Applicant