```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 14-00021-RNO
William M. Harnsberger                                          Chapter 13
Teresa J. Harnsberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Apr 04, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.
db/jdb          William M. Harnsberger,    Teresa J. Harnsberger,    1024 Chestnut Place,
                 Hummelstown, PA 17036-9477

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James M Bach    on behalf of Joint Debtor Teresa J. Harnsberger JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              James M Bach    on behalf of Debtor William M. Harnsberger JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teresa J. Harnsberger<br>William M. Harnsberger<br>Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>Movant<br>vs.<br>Teresa J. Harnsberger<br>William M. Harnsberger<br>Debtors<br>Charles J. DeHart, III Esq.<br>Trustee | NO. 14-00021 RNO<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on January 20, 2017 is approved, and does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: April 4, 2017